# No. 22-1639

# In the United States Court of Appeals for the Seventh Circuit

**National Police Association, Inc.**,

*Appellant-Plaintiff*

*v.*

**Gannet Co., Inc.** and **Associated Press, Inc.**,

*Appellees-Defendants*

On Appeal from the U.S. District Court
for the Southern District of Indiana, Indianapolis Division,
Case No. 1:21-cv-01116-RLM-DLP, Honorable Robert L. Miller, District Judge

# Motion to Withdraw Appearance of Courtney Turner Milbank

Courtney Turner Milbank respectfully requests leave of this Court to withdraw her appearance as counsel for Appellant-Plaintiff, as she will be leaving the employment of The Bopp Law Firm, PC on July 14, 2023.

The appearance of James Bopp, Jr., Richard E. Coleson, and Joseph D. Maughon, on behalf of Appellant-Plaintiff, remains in place and all pleadings, orders, and entries should be served on them.

Respectfully submitted,

/s/ Courtney Turner Milbank
James Bopp, Jr.,
   jboppjr@aol.com
Richard E. Coleson
   rcoleson@bopplaw.com
Courtney Turner Milbank
   cmilbank@bopplaw.com
Joseph D. Maughon
   jmaughon@bopplaw.com
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807–3510
Telephone: (812) 232–2434
*Counsel for Appellant-Plaintiff*

## Certificate of Service

I hereby certify that on July 10, 2023, the foregoing document was filed electronically using the Court's CM/ECF filing system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Courtney Turner Milbank
Courtney Turner Milbank