# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 31, 2023

Before

> DIANE P. WOOD, *Circuit Judge*
> CANDACE JACKSON-AKIWUMI, *Circuit Judge*
> JOHN Z. LEE, *Circuit Judge*

| No. 22-1639 | NATIONAL POLICE ASSOCIATION, INC., Plaintiff - Appellant<br><br>v.<br><br>GANNETT CO., INC. et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-01116-RLM-DLP<br>Southern District of Indiana, Indianapolis Division<br>District Judge Robert L. Miller, Jr. ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature: Christopher Conway]*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)